**Order entered February 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01365-CR

**TERRANCE GERMAINE WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F10-62224-X**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2015, we ordered the trial court to make findings why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 23, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE